AO 94 (Rev. 8/85) Commitment to Another District

FILED

# United States District Court

DISTRICT OF __DELAWARE__

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Mack Andino

CASE NUMBER: 05-55 M

The defendant is charged with a violation of __18__ U.S.C. __286, 287__ alleged to have been committed in the __Eastern__ District of __New York__.

Brief Description of Charge(s):

Defrauding an agency of the United States

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_3/29/05_
Date

_[signature]_
Judicial Officer

| RETURN |
|---|
| This commitment was received and executed as follows: |

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |